UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
WISCONSIN LABORERS APPRENTICESHIP
AND TRAINING FUND and JOHN J. SCHMITT
(in his capacity as Trustee),

WISCONSIN LABORERS DISTRICT COUNCIL,

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST FUND,

          Plaintiffs,

v.                               Case No. 11-cv-585

C&C DRILLING, LLC and CAM DAHLKE,

          Defendants.

---

DEFAULT JUDGMENT
AS TO DEFENDANT CAM DAHLKE

---

Request and application for default judgment brought by Wisconsin Laborers District Council against Defendant Cam Dahlke in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1.     Defendant Cam Dahlke has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. Cam Dahlke (hereinafter "Dahlke") violated the Labor-Management Relations Act of 1947, as amended, as well as *Wis. Stats.* §§ 895.446 and 943.20, by failing to pay working dues to the Plaintiff Wisconsin Laborers District Council (hereinafter "Union"); said dues having been deducted from C&C Drilling, LLC's employees' paychecks.

3. By his intentional conduct, by virtue of his position as a shareholder, corporate officer, and/or director of C&C Drilling, LLC, Dahlke has retained possession of working dues without the Union's consent.

4. Dahlke has intentionally retained working dues with the intent to convert said monies for his own use or for the use of C&C Drilling, LLC.

5. By virtue of his intentional conduct, Dahlke has violated *Wis. Stats.* §§ 895.446 and 943.20, and the Union is entitled to treble damages and its costs of litigation and investigation pursuant to *Wis. Stats.* § 895.446(3)(b), (c).

6. The Court assesses the total damages, including treble damages and costs, to the Plaintiff Wisconsin Laborers District Council and against Defendant Cam Dahlke in the sum of $18,960.89, $4,867.88 of which is assessed jointly and severally with Defendant C&C Drilling, LLC.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiff Wisconsin Laborers District Council and against Defendant Cam Dahlke in the amount of $18,960.89 ~~together with interest at the rate allowed by law~~. Of this judgment, $4,867.88 is due jointly and severally with default judgment against Defendant C&C Drilling, LLC.

Dated this 18th day of ~~December~~ January 2012.

BY THE COURT

_____
U.S. District Court Judge

Judgment entered this 19th day of January, 2012.

_____
Peter Oppeneer, Clerk of Court