UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
WISCONSIN LABORERS APPRENTICESHIP
AND TRAINING FUND and JOHN J. SCHMITT
(in his capacity as Trustee),

WISCONSIN LABORERS DISTRICT COUNCIL,

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST FUND,

          Plaintiffs,

v.                        Case No. 11-cv-585

C&C DRILLING, LLC and CAM DAHLKE,

          Defendants.

---

DEFAULT JUDGMENT

## AS TO DEFENDANT C&C DRILLING, LLC

---

Request and application for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1.    Defendant C&C Drilling, LLC has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2.    C&C Drilling, LLC violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit

contributions on behalf of its employees to the Plaintiff Funds and Union.

3. As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of contributions, interest, liquidated damages, attorney fees, and costs.

4. The Court assesses the total damages to the Plaintiffs in the sum of $88,916.99, $4,867.88 of which is assessed jointly and severally with Defendant Cam Dahlke.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Wisconsin Laborers Health Fund, Wisconsin Laborers Pension Fund, Wisconsin Laborers Apprenticeship and Training Fund, John J. Schmitt, Wisconsin Laborers District Council, and Wisconsin Laborers-Employers Cooperation and Education Trust Fund, and against Defendant C&C Drilling, LLC in the amount of $88,916.99 together with interest at the rate allowed by law. Of this judgment, $4,867.88 is due jointly and severally with default judgment against Defendant Cam Dahlke.

Dated this 18th day of January 2012.

BY THE COURT

_____
U.S. District Court Judge

Judgment entered this 19th day of January, 2012.

_____
Peter Oppeneer, Clerk of Court